BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
DOMINION BULK INTERNATIONAL S.A.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOMINION BULK INTERNATIONAL S.A.,

                Plaintiff,

-against-

FEEDFACTORS U.K.,

                Defendant.
------------------------------------------------------------------X

08 Civ. 6808

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, DOMINION BULK INTERNATIONAL S.A., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       July 29, 2008

                                    BROWN GAVALAS & FROMM LLP
                                    Attorneys for Plaintiff
                                    DOMINION BULK INTERNATIONAL S.A.

                      By: _____
                            Peter Skoufalos (PS-0105)
                            355 Lexington Avenue
                            New York, New York 10017
                            212-983-8500